## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CALEB MICHAEL MARCANTEL | CIVIL ACTION<br>NO. 23-00180-BAJ-EWD |

*CONSOLIDATED WITH*

| | |
|---|---|
| IN RE: CALEB MICHAEL MARCANTEL | MISCELLANOUS ACTION<br>NO. 22-00167-BAJ-SDJ |

### RULING AND ORDER

In these consolidated actions, Petitioner seeks to renounce his United States citizenship and to declare his personal sovereignty. The Magistrate Judge has now issued a **Report and Recommendation (Doc. 12, the "R&R")**, recommending that each action be dismissed with prejudice as frivolous, pursuant to the Court's inherent power to remove frivolous cases from its docket. Petitioner's deadline to object to the R&R has passed, without any objection from Petitioner.

Having carefully considered the operative complaints and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned actions be and are hereby **DISMISSED** as legally frivolous.

**IT IS FURTHER ORDERED** that a copy of this dismissal Order shall be entered in each of the above-captioned actions.

**IT IS FURTHER ORDERED** that a copy this Order and the Magistrate Judge's Report and Recommendation (Doc. 12) shall be served on Petitioner via certified mail, return receipt requested, at Petitioner's address of record on PACER.

certified mail # 7020 0640 0001 4750 6019

**IT IS FURTHER ORDERED** that prior to filing any additional documents, regardless of the nature of the filing, Petitioner shall obtain leave from a Judge of this Court. Petitioner is advised that repeated attempts to file frivolous matters may result in sanctions, including monetary sanctions.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 1st day of May, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**